CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 20 2013

JULIA C. DUDLEY, CLERK
BY:
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| KEVIN L. CHANDLER<br>& GARA J. CHANDLER,<br><br>Plaintiffs,<br><br>v.<br><br>MULTI-STATE HOME LENDING,<br>INC. *et al.*,<br><br>Defendants. | Civil Action No. 4:12cv00017<br><br><br><br>**FINAL ORDER**<br><br><br>By: Samuel G. Wilson<br>United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the plaintiffs' complaint is **DISMISSED** without prejudice for failure to state a claim. The court **DENIES** all other pending motions as moot. This matter shall be **STRICKEN** from the court's active docket and the Clerk is **DIRECTED** to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: February 20, 2013.

_____
UNITED STATES DISTRICT JUDGE