CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 20 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | |
|---|---|
| KEVIN L. CHANDLER<br>& GARA J. CHANDLER,      ) | Civil Action No. 4:12cv00017 |
| ) | |
| Plaintiffs,      ) | |
| ) | |
| v.      ) | **FINAL ORDER** |
| ) | |
| MULTI-STATE HOME LENDING,      )<br>INC. *et al.,*      ) | |
| )      ) | **By: Samuel G. Wilson** |
| Defendants.      ) | **United States District Judge** |

For the reasons stated in the memorandum opinion entered on this day, it is hereby

**ADJUDGED** and **ORDERED** that the plaintiffs' complaint is **DISMISSED** without prejudice

for failure to state a claim. The court **DENIES** all other pending motions as moot. This matter

shall be **STRICKEN** from the court's active docket and the Clerk is **DIRECTED** to send a copy

of this order and the accompanying memorandum opinion to the plaintiff.

   **ENTER**: February 20, 2013.

_____
UNITED STATES DISTRICT JUDGE